## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Malcolm Williams | ) |
| | ) Case No: 16 C 2303 |
| v. | ) |
| | ) Chief Judge Ruben Castillo |
| City of Chicago, et al. | ) |

## **ORDER**

Josh M. Enquist's motion for leave to withdraw as attorney for defendant City of Chicago [167] is granted. The motion hearing set for 5/30/2018 is stricken.

Dated: May 23, 2018                                /s/ Chief Judge Ruben Castillo